

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2023

NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

March 9, 2023

*Via ECF*
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. David Fernandez**
**23 Cr. 110 (MKV)**

Dear Judge Vyskocil:

    We represent David Fernandez, in the above matter. We are respectfully requesting a short extension of time for Mr. Fernandez to satisfy his bond. The bond requires two co-signers and although we have identified two potential cosigners, the U.S. Attorney's Office needs more time to interview them and determine whether they are qualified co-signers. The government, by Jeffery Coyle, Esq., consents to this application. Therefore, I request an extension of time until Tuesday, March 14, 2023, for Mr. Fernandez to satisfy his bond.

Respectfully submitted,
s/ Lorraine Gauli-Rufo, Esq.
Lorraine Gauli-Rufo, Esq.
*Attorney for David Fernandez*

**Granted. SO ORDERED.**

CC:   Jeffrey Coley, AUSA

Date: _3/9/2023_
New York, New York

Mary Kay Vyskocil
United States District Judge