

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/5/2023__

NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, Suite 1402
NEW YORK, NY 10016
(646) 205-2259

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

June 12, 2023

*Via ECF*
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *USA v. Aminov, et al. (David Fernandez)*
**23 Cr. 110 (MKV)**

Dear Judge Vyskocil:

I was appointed to represent David Fernandez in the above referenced matter, pursuant to the Criminal Justice Act (CJA), on March 2, 2023. We anticipate receiving our third production of discovery by June 16, 2023, totaling over 2 TB of material. In light of the tremendous amount of discovery we need to review, Your Honor has scheduled the next pre-trial conference for early October. My paralegal and I anticipate spending a substantial amount of time reviewing the discovery and going over it with our client in the next several months. Moreover, we have already spent a substantial amount of time reviewing the discovery received to date. In light of this, we are seeking interim payments, and are respectfully requesting that Your Honor consider this letter motion in support of that request.

Your Honor's time and consideration of this request is greatly appreciated. Should Your Honor require any additional information, kindly let us know.

Respectfully submitted,

Lorraine Gauli-Rufo
*Attorney for David Fernandez*

GRANTED. Counsel for Defendant David
Fernandez may submit vouchers for interim
payments pursuant to the CJA. SO ORDERED.

Date: __7/5/2023__
New York, New York

Mary Kay Vyskocil
United States District Judge