USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2023



**LGR LAW, LLC**
FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

September 27, 2023

*Via ECF*
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. David Fernandez
23 Cr. 110 (MKV)**

Dear Judge Vyskocil:

I was appointed to represent David Fernandez pursuant to the Criminal Justice Act ("CJA"). The pretrial conference in this matter is scheduled for October 5, 2023. I am on trial before Judge Halpern in White Plains starting mid-October and have a pretrial conference also scheduled on October 5, 2023 at 10:00am. I am respectfully requesting that Your Honor permit Benjamin Zeman, Esq., who represents Christy Corvalan, to stand in for me for the pretrial conference. I have discussed this with my client, David Fernandez, and he has no objection to this request.

Thank you for Your Honor's time and consideration to this matter.

**Granted. SO ORDERED.**

Date: 9/28/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,
 s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo, Esq.
Attorney for David Fernandez

Page | 1

Cc: Jeffrey Coley, AUSA
    Benjamin Zeman, Esq.