UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BORIS AMINOV,<br>CHRISTY CORVALAN,<br>IRINA POLVANOVA,<br>ROMAN SHAMALOV,<br>ANTONIO PAYANO,<br>DAVID FERNANDEZ,<br>CRYSTAL MEDINA,<br>JUAN HERNANDEZ,<br>   a/k/a "Pop," and<br>ALBERT YAGUDAYEV,<br>   a/k/a "Jeff,"<br><br>                    Defendants. | **Unsealing Order**<br><br>**S1 23 Cr. 110** |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Jeffrey W. Coyle and Jackie Delligatti;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
October 20, 2023

*Mary Kay Vyskocil*
_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK