

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024
```

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

February 16, 2023

*Via ECF*
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. David Fernandez
23 Cr. 110 (MKV)

Dear Judge Vyskocil:

I represent David Fernandez pursuant to the Criminal Justice Act ("CJA"). We received an Order from the Court yesterday (document # 181), whereby Your Honor scheduled a status conference in this matter for February 27, 2024. However, I have a previously scheduled sentencing before Judge Halpern in White Plains at 11:30 am. I would respectfully request that Your Honor hold the hearing at 3:00 pm on or later on the scheduled date February 27, 2024. Or in the alternative, I would respectfully request that Your Honor schedule it for another day.

Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
Attorney for David Fernandez

**The status conference is hereby adjourned to February 28, 2024 at 4:00 PM. Defendants David Fernandez and Crystal Medina, accompanied by their counsel, as well as the Government, and Defendants' respective Pretrial Services Officers shall attend this conference. The Clerk of Court is respectfully requested to terminate entries 182 and 183. SO ORDERED.**

Date: 2/20/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Page | 1