```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :    1:23-cr-00110-RA-3
    -against-                         :
                                      :    ORDER
David Fernandez                       :
                                      :
Defendant                             :
                                      :
--------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include:

- Defendant to be allowed to communicate with co-defendants (Crystal Medina & Dezyre Baez) outside the presence of counsel, however, they must refrain from discussing their cases and the instant offense.

Dated: March 13, 2024
New York, New York

                          SO ORDERED:

                          _____
                          SARAH NETBURN
                          United States Magistrate Judge