UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :    1:23-cr-00110-RA-3

    -against-                       :    ORDER
                                    :
David Fernandez
                                    :
Defendant
                                    :
------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to

include:

   - Mental health evaluation/treatment as directed by Pretrial

     Services


Dated: July 16, 2024
New York, New York


                          SO ORDERED:


                          _____
                          Ronnie Abrams
                          United States District Judge