

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

September 3, 2024

*Via ECF*
Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 4, 2024

**Re: United States v. David Fernandez**
**23 Cr. 110 (RA)**

Dear Judge Abrams:

    I represent David Fernandez in the above matter. Mr. Fernandez is respectfully requesting a modification of his bail to permit him to travel to Pennsylvania to visit his brother from September 6-8 2024. Mr. Fernandez will be and traveling and returning with his friend Kevin Alberto.

    Pretrial services officer ("PTSO") Dominique Jackson and AUSA Jeffrey Coyle, on behalf of the Government, have no objection to this request. All travel arrangements will be coordinated with Pretrial Services.

Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.
Attorney for David Fernandez

Cc: Jeffrey Coyle, AUSA
    Jaclyn Delligatti, AUSA
    Dominique Jackson, PTSO

Page | 1