

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 11, 2025

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**     *United States v. Boris Aminov, et al.*, **23 Cr. 110 (JMF)**

Dear Judge Furman:

      The Government writes regarding the Court's directive to update the Court regarding the status of any open motions on the docket. The Government confirms, after consultation with counsel for Gilead Sciences, Inc. ("Gilead"), that the open motions at ECF Nos. 139, 429, 463 and 502 can be closed as moot. Counsel for Gilead has informed the Government, however, that Gilead's petition at ECF No. 318 remains active.

                           Respectfully submitted,

                           JAY CLAYTON
                           United States Attorney

By:

                           Jeffrey W. Coyle
                            Jackie Delligatti
                           Assistant United States Attorneys
                           Southern District of New York
                           (212) 637-2437/2559