

**LGR**

LAW, LLC

FEDERAL CRIMINAL DEFENSE

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

May 27, 2026

*Via ECF*
Hon. Ronnie Abrams
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. David Fernandez*
Case No. 23-cr-110 (RA)

Dear Judge Abrams:

I represent David Fernandez in the above-referenced matter. Mr. Fernandez respectfully requests a modification of the travel restrictions imposed as a condition of his pretrial release to permit him to relocate to Harrisburg, Pennsylvania.

Mr. Fernandez has recently secured an apartment in Harrisburg with Crystal Medina and Deyzre Baez, both co-defendants in this case with whom he is permitted to associate pursuant to Court order. He has also obtained employment at the Target department store in Harrisburg and is prepared to begin work on June 1, 2026. Dominique Jackson, on behalf of Pretrial Services, consents to this request, and Jeffrey Coyle, AUSA, on behalf of the Government, defers to Pretrial Services. Mr. Fernandez has provided Officer Jackson with all relevant details regarding both his residence and employment.

The Court's time and attention to this matter are greatly appreciated.

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 27, 2026

Respectfully,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
*Attorney for David Fernandez*

cc: Jeffrey Coyle, AUSA
    Dominique Jackson, PTSO